|   |   |
|---|---|
| | District Judge Robert S. Lasnik |

UNITED STATES COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| Almaz Maleform Meles,<br><br>    Plaintiff,<br><br>    v.<br><br>Jessica Dumas, Acting Director, Arlington Asylum Office, United States Citizenship and Immigration Services, et al.,<br><br>    Defendants. | No. C13-467RSL<br><br>STIPULATION AND ORDER TO DISMISS CONSOLIDATED COMPLAINTS<br><br>Noting Date: June 19, 2013 |
| LGK,<br><br>    Plaintiff,<br><br>    v.<br><br>Jessica Dumas, Acting Director, Arlington Asylum Office, United States Citizenship and Immigration Services, et al.,<br><br>    Defendants. | |
| MGK,<br><br>    Plaintiff,<br><br>    v.<br><br>Jessica Dumas, Acting Director, Arlington Asylum Office, United States Citizenship and Immigration Services, et al.,<br><br>    Defendants. | |

| | |
|---|---|
| 1  Getachew Guanche Kubie, | ) |
| 2         Plaintiff, | ) |
| 3     v. | ) |
| 4  Jessica Dumas, Acting Director, Arlington Asylum Office, United States Citizenship and | ) |
| 5  Immigration Services, et al., | ) |
| 6         Defendants. | ) |
| 7  Habtu Guanche Kubie, | ) |
| 8         Plaintiff, | ) |
| 9     v. | ) |
| 10 | ) |
| 11  Jessica Dumas, Acting Director, Arlington Asylum Office, United States Citizenship and Immigration Services, et al., | ) |
| 12 | ) |
| 13         Defendants. | ) |

COME NOW Plaintiffs, by and through their counsel Hilary Han, and Defendants, by and through their counsel Patricia E. Bruckner, and hereby jointly move the Court to dismiss Plaintiffs' Complaints for Declaratory and Injunctive Relief.

WHEREAS on March 14, 2013, Plaintiffs filed Complaints asking the Court to compel Defendants to adjudicate their applications for adjustment of status.

WHEREAS on May 31, 2013, the Court granted the parties' motion consolidating Plaintiffs' Complaints.

WHEREAS on or about June 3, 2013, Plaintiffs' applications for adjustment of status were favorably approved.

WHEREAS Plaintiffs agree that they have received the entirety of the relief initially sought in their Complaints.

Stipulation and Order
to Dismiss Consolidated Complaints

2

Dobrin & Han, PC
705 Second Avenue, Suite 610
Seattle, WA 98104

NOW THEREFORE, the parties respectfully move the Court to enter the following order:

Plaintiffs' Complaints are DISMISSED with prejudice, and each party is responsible for its own attorney's fees and costs.

**ORDER**

1. The parties' stipulation to dismiss the consolidated Complaints is GRANTED.
2. Plaintiffs' Complaints are DISMISSED with prejudice.
3. Each party is responsible for its own attorney's fees and costs.

Dated: June 19, 2013

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Stipulation and Order
to Dismiss Consolidated Complaints

Dobrin & Han, PC
705 Second Avenue, Suite 610
Seattle, WA 98104